IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv125

| | |
|---|---|
| LUCY BIGHAM PIGG, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| PROGRESSIVE CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. It appears that the parties have not filed a Certificate of Initial Attorney's Conference in this case and, therefore, no Pretrial Order has been entered. Accordingly, **IT IS HEREBY ORDERED** that the parties file a Certificate of Initial Attorney's Conference within twenty (20) days of the filing date of this order.

IT IS SO ORDERED.

Signed: August 16, 2006

Graham C. Mullen
United States District Judge