UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-125

| | |
|---|---|
| LUCY BIGHAM PIGG,<br>　　　　　Plaintiff,<br>v.<br><br>PROGRESSIVE CASUALTY<br>INSURANCE COMPANY,<br>　　　　　Defendant. | **ORDER** |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **November 5, 2007, term of court at 10:00 a.m. in Charlotte.**

It is so ordered.

Signed: July 18, 2007

Graham C. Mullen
United States District Judge