# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06-CV-125-GCM

| | |
|---|---|
| LUCY BIGHAM PIGG, )<br>    Plaintiff, )<br>v. )<br> )<br>PROGRESSIVE CASUALTY )<br>INSURANCE COMPANY, *et al,* )<br>    Defendant. )<br> ) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial originally set for November 5, 2007, is hereby re-scheduled for **Tuesday, November 13, 2007, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 4, 2007

Graham C. Mullen
United States District Judge